IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JORDAN L. GRUBE,

        Plaintiff,     :    Case No. 2:20-cv-4953

 - vs -                        Judge Sarah D. Morrison
                              Magistrate Judge Vascura

COMMISSIONER OF SOCIAL
SECURITY,

                           :

        Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Vascura on August 19, 2021. (ECF No. 20). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                       /s/ Sarah D. Morrison
                                       **SARAH D. MORRISON**
                                       **UNITED STATES DISTRICT JUDGE**